```
                                              FILED
IN THE UNITED STATES DISTRICT COURT FOR
                                              DEC 2 1 2011
THE WESTERN DISTRICT OF OKLAHOMA
                                              ROBERT D. DENNIS, CLERK
                                           U.S. DIST. COURT, WESTERN DIST. OF OKLA.
                                              BY_____DEPUTY
```

GARY MORRIS and CANDICE MORRIS,     )
                                    )
            Plaintiffs,             )
                                    )
vs.                                 )   No. CIV-11-1298-W
                                    )
CENTURY 21 ALL PRO REALTY et al.,   )
                                    )
            Defendants.             )

## ORDER

Plaintiffs Gary Morris and Candice Morris and defendants Century 21 All Pro Realty Mary L. Berry, Jennifer L. Wiewel, Ronald W. Murray and Laretta M. Murray are DIRECTED to submit argument and authority on or before January 6, 2012, and address in a memorandum, which shall not exceed ten (10) pages in length, whether or not the instant matter should be dismissed in its entirety under the doctrine of "claim splitting," which is "an aspect of res judicata[, or claim preclusion upon which the foregoing defendants have relied] . . . ." Katz v. Gerardi, 655 F.3d 1212, 1218 (10th Cir. 2011) (citation omitted).

The Court DIRECTS the Clerk of the Court to mail or electronically transmit a copy of this Order to each party who has entered an appearance in this lawsuit and to show proof of the same by an entry on the docket.

ENTERED this 21st day of December, 2011.

/s/ Lee R. West
LEE R. WEST
UNITED STATES DISTRICT JUDGE