GARY MORRIS
CANDICE MORRIS
1805 N.E. 67th Street
Oklahoma City, OK 73111
(214) 628-1817

Plaintiffs, In *Propria Persona*



# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GARY MORRIS and CANDICE MORRIS, | ) ) ) |
| Plaintiffs, | ) ) NO: CIV-11-456-W |
| v. | ) ) ) |
| MARY L. BERRY, individually and doing business as Century 21 ALL PRO REALTY; KEENAN KIRBY, an individual; RONALD W. MURRAY, an individual; LARETTA M. MURRAY, an individual; JENNIFER L. WIEWEL, an individual; JDOES 1-10; and FEDERAL NATIONAL MORTGAGE ASSOCIATION d/b/a FANNIE MAE | ) PLAINTIFFS' **NOTICE OF** ) **VOLUNTARY DISMISSAL PURSUANT** ) **TO F.R.C.P. 41(a)(1)(A)(i)** ) ) ) ) ) ) ) |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Pro Se Plaintiff(s): Gary Morris and Candice Morris, hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the defendant:

FEDERAL NATIONAL MORTGAGE ASSOCIATION d/b/a FANNIE MAE

Submitted on this 6th day of January, 2012.

_____        _____
GARY MORRIS                           CANDICE MORRIS
P.O. Box 57403                        1805 NE 67th Street
Oklahoma City, OK 73157               Oklahoma City, OK 73111
(214) 628-1817                        (214) 628-1817

# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF OKLAHOMA

CIV-11-456-W

## CERTIFICATE OF SERVICE

This is to certify that on this 6 th day of JANUARY, 2012, I deposited a copy of **PLAINTIFFS' VOLUNTARY DISMISSAL** in the U.S. mail with sufficient postage attached to the following:

Blake C. Parrott, OBA #18799
Baer, Timberlake, Coulson, & Cates, P.C.
P.O. Box 18486
Oklahoma City, OK 73154-0486
405-429-5205 / 405-429-5216 (fax)
Email: bparrott@baer-timberlake.com
**ATTORNEY FOR DEFENDANT:**
**Federal National Mortgage Association d/b/a Fannie Mae**

I declare under penalty of perjury that this information is true.

*[signature]*

**Candice Morris, *Pro Se* Plaintiff**
1805 NE 67th Street
Oklahoma City, OK 73111
Candice.morris@yahoo.com
214-628-1817