IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

FILED
FEB - 2 2012
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _____ DEPUTY

| | |
|---|---|
| GARY MORRIS and CANDICE MORRIS, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | No. CIV-11-1298-W |
| ) | |
| CENTURY 21 ALL PRO REALTY et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On January 18, 2012, the Court granted the Motion to Dismiss [Doc. 11] filed by defendants Century 21 All Pro Realty ("Century 21"), Mary L. Berry, Jennifer L. Wiewel, Ronald W. Murray ("R Murray") and Laretta M. Murray ("L Murray") and dismissed this matter in its entirety with prejudice as against all defendants named in the action by plaintiffs Gary Morris and Candice Morris, proceeding pro se. See Doc. 23.

The matter now comes before the Court on the Motion for Judgment filed by Century 21, Berry, Wiewel, R Murray and L Murray pursuant to Rule 58(d), F.R.Civ.P.[1] This rule provides that "[a] party may request that judgment be set out in a separate document . . . ." Id.

For good cause shown and because a separate document will not affect the finality of the Court's Order of January 18, 2012, but will clarify when the time for appeal begins to run, the Court

(1) GRANTS the movants' Motion for Judgment [Doc. 25] filed on February 1, 2012; and

---

[1]Because the defendants are entitled to the requested relief, the Court finds that a response from the plaintiffs will not materially aid the Court's resolution of the instant motion.

(2) ORDERS that a judgment shall issue forthwith.

ENTERED this 2nd day of February, 2012.

LEE R. WEST
UNITED STATES DISTRICT JUDGE