IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

**FILED**

FEB – 2 2012

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _Tish_ _____ DEPUTY

| | | |
|---|---|---|
| GARY MORRIS and CANDICE MORRIS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No. CIV-11-1298-W |
| | ) | |
| CENTURY 21 ALL PRO REALTY et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

Pursuant to the Order issued in this matter on January 18, 2012, the Court hereby

DISMISSES this matter with prejudice as against all defendants.

DATED and ENTERED this 2nd day of February, 2012.

LEE R. WEST
UNITED STATES DISTRICT JUDGE